UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIA NECTARE TECNOLOGIA EM BEBIDAS
E ALIMENTOS LTDA, a Brazilian company,

                Plaintiff,

    v.

INGREDIENTRADE.COM, INC., a New York
Corporation,

                Defendant.

**ORDER**

20 Civ. 8332 (ER)

RAMOS, D.J.

    On October 6, 2020, Via Nectare Tecnologia Em Bebidas E Alimentos Ltda brought this action against INGREDITENTRADE.COM, Inc. ("Ingredientrade") for breach of contract and related claims. Doc. 1. On October 8, 2020, Ingredientrade was served. Doc. 5. On December 11, 2020, the Clerk issued a certificate of default against Intredientrade. Doc. 11. Plaintiff has not yet moved for default judgment. Plaintiff is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

    It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.