UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIA NECTARE TECNOLOGIA EM BEBIDAS
E ALIMENTOS LTDA.,

                          Plaintiff,

              v.

INGREDIENTRADE.COM, INC.,

                          Defendants.

**ORDER**

20 Civ. 8332 (ER)

RAMOS, D.J.

On October 6, 2020, Via Nectare Tecnologia Em Bebidas E Alimentos Ltda. ("Via Nectare"), brought this action against Ingredientrade.com, Inc. ("Ingredientrade"), alleging, *inter alia*, breach of contract.  Doc. 1.  On April 19, 2021, Via Nectare informed the Court that the parties had reached a settlement in principle and requested thirty days to finalize the terms of the agreement.  Doc. 13.  That same day, the Court entered an order discontinuing this action subject to reopening upon motion should the settlement agreement not be consummated.  Doc. 14.  On August 16, 2021, after several requests for an extension of the time to reopen upon motion, Via Nectare moved the Court to reopen the case.  Doc. 23.  On August 17, 2021, the Court granted that application and directed Ingredientrade to answer by September 7, 2021.  Doc. 24.

To date, Ingredientrade has not answered, and there has been no further activity in this case.  The parties are therefore directed to submit a status report by **November 19, 2021.**

It is SO ORDERED.

Dated: November 12, 2021
       New York, New York

_____
        Edgardo Ramos, U.S.D.J.